Andrew C. Brassey, ISB No. 2128
Ryan C. Janis, ISB 9601
Brassey Crawford, PLLC
345 Bobwhite Ct., Suite 215
P O Box 1009
Boise, Idaho 83701-1009
Telephone (208) 344-7300
Facsimile (208) 344-7077

Attorneys for Plaintiff SummerFall Group, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUMMERFALL GROUP, LLC, an Idaho limited liability corporation;<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN J. HATCH, an individual;<br><br>Defendants. | Case No. 1:14-cv-00402-REB<br><br>**NOTICE OF BANKRUPTCY FILING BY DEFENDANT STEPHEN J. HATCH** |

COMES NOW the above-captioned Plaintiff, Summerfall Group, LLC, by and through its counsel of record, Brassey Crawford, PLLC, and hereby notifies this honorable Court that counsel for Plaintiff received the attached notification from the United States Bankruptcy Court Western District of Michigan.

NOTICE OF BANKRUPTCY FILING BY DEFENDANT STEPHEN J. HATCH - 1

DATED this 10th day of January , 2017.

                          BRASSEY CRAWFORD, PLLC


                By_____/s/_____
                      ANDREW C. BRASSEY, Of the Firm
                      Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2017, I served a true and correct copy of the foregoing upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

| | |
|---|---|
| Terri Pickens Manweiler | ____ U.S. Mail, postage prepaid |
| Pickens Springer, P.A. | ____ Hand-Delivered |
| 398 S. 9th St., Suite 240 | ____ Overnight Mail |
| P.O. Box 915 | ____ Facsimile (954-5099) |
| Boise, ID  83701 | __X_ ECF |

                      _____/s_____
                      Andrew C. Brassey